In Re:  Delores K. Crededio               Case No:  15-81676

## CERTIFICATE OF SERVICE

I, Richard H. Fimoff _____ (name), certify that on June 30, 2015 _____ (date), I served this summons and a copy of the involuntary petition on Delores K. Crededio _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

first class mail, postage prepaid, addressed to the debtor, Delores K. Crededio, 17700 Streit Road, Harvard, Illinois, 60033.

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 06/30/2015               Signature:  /s/ Richard H. Fimoff

   Print Name:        Richard H. Fimoff

   Business Address:  180 N. LaSalle Street, Suite 3300

                      Chicago IL  60601

Form B 250E (12/09)

# United States Bankruptcy Court
# Northern District Of Illinois
EASTERN DIVISION

In re Delores K. Crededio                    ,  )    Case No. 15-81676
                                                 )
                                    Debtor*     )
                                                 )    Chapter ____7____
                                                 )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor: Delores K. Crededio

A petition under title 11, United States Code was filed against you in this bankruptcy court on June 25, 2015 (date), requesting an order for relief under chapter __7__ of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:  Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Room 713
Chicago, IL 60604

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:  Robbins, Salomon & Patt, Ltd.
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | Room |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>219 South Dearborn Street<br>Chicago, Illinois 60604 | 613 |
| | Date & Time<br>July 14, 2015 at 10:30 a.m. |

If you fail to respond to this summons, the order for relief will be entered.

Jeffrey P. Allsteadt  (Clerk of the Bankruptcy Court)

Date: June 30, 2015        By: _____ (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).